# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| RYAN PALMER, | ) CASE NO. 1:21-CV-01470 |
| Plaintiff, | ) JUDGE J. PHILIP |
| vs. | ) CALABRESE |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) **ORDER OF DISMISSAL** |
| Defendant. | ) |

We, the parties, do hereby stipulate and notify the Court that this action be dismissed with prejudice, with each party bearing his or its own costs, notice by the Clerk hereby waived.

Respectfully submitted,

*/s/ Scott D. Perlmuter*
Scott D. Perlmuter, Esq. (0082856)
Tittle & Perlmuter
4106 Bridge Ave.
Cleveland, Ohio 44113
Phone: 216.308.1522
Fax: 888.604.9299
scott@tittlelawfirm.com

*Attorney for Plaintiff Ryan Palmer*

*/s/ Gregory V. Mersol*
Gregory V. Mersol, Esq. (0030838)
Matthew F. Somogye (0100038)
Baker & Hostetler LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
gmersol@bakerlaw.com
msomogye@bakerlaw.com

*Attorneys for Defendant Progressive Casualty Insurance Company*

**IT IS SO ORDERED:**

_____
**THE HONORABLE JUDGE J. PHILIP CALABRESE**